**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*June 25, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **Case No. 4:26-cr-394** |
| **ARCENIO JOSE MORENO-MELEAN**, | |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Possession of firearm by a prohibited person, 18 U.S.C. § 922(g)(5))**

1.      On or about June 10, 2026, in the Southern District of Texas, the defendant,

**ARCENIO JOSE MORENO-MELEAN**,

knowing that he was an alien admitted to the United States under a nonimmigrant visa, as

defined in Title 8, United States Code, Section 1101(a)(26), and knowing that said visa had

expired, making his presence in the United States illegal and unlawful, did knowingly

possess a firearm, that is, one Taurus G2C pistol, which had been shipped and transported

in interstate and foreign commerce, in violation of Title 18, United States Code, Sections

922(g)(5)(A)–(B) and 924(a)(8).

**NOTICE OF CRIMINAL FORFEITURE**

2.      Pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the United States

of America hereby gives notice that the firearm(s) involved in any knowing violation of 18

U.S.C. § 922(g)(5) as charged in Count One, are subject to forfeiture, including, but not limited to, the following: one Taurus G2C pistol serial number ADJ675662, and all attendant magazines, clips and ammunition.

A TRUE BILL:

Original Signature on File

_____

Grand Jury Foreperson

John G.E. Marck
Acting United States Attorney

_____

Justin R. Martin
Assistant United States Attorney