UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § § |
| v. | |
| ARCENIO JOSE MORENO-MELEAN | |

CRIMINAL NO:  **4:26-cr-394**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A      CRIMINAL INDICTMENT      has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

Defendant

ARCENIO JOSE MORENO-MELEAN

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas, on      June 25, 2026

UNITED STATES MAGISTRATE JUDGE